In the Matter of MARK FREEDMAN, Appellant, v REGAN HORIKE, Respondent. (And Another Related Proceeding.)

Submitted January 19, 2010; decided April 1, 2010

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed that part of Family Court's order that denied a motion to vacate, dismissed upon the ground that such portion of the order does not finally

determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.